

## Fourth Court of Appeals
### San Antonio, Texas

November 21, 2016

No. 04-16-00713-CV

**TWO THOUSAND NINE HUNDRED SEVENTY-SEVEN DOLLARS ($2,977.00) IN UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2653-CV
Honorable William Old, Judge Presiding

### O R D E R

The clerk's record in this appeal shows the trial court signed a final judgment of forfeiture on October 2, 2015, and Appellant did not timely file any postjudgment motions. Thus, Appellant's notice of appeal was due on November 2, 2015. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file a notice of appeal was due not later than November 17, 2015. *See id.* R. 26.3.

Appellant's notice of appeal was filed on October 5, 2016. Appellant's notice of appeal appears to be untimely. *See* TEX. R. APP. P. 42.3(a); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction.").

We ORDER Appellant to SHOW CAUSE in writing within twenty-one days of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.



Keith E. Hottle
Clerk of Court